# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 25, 2015

## NO. 03-13-00196-CV

**Michelle Bubnis, Appellant**

**v.**

**Leander Independent School District, Appellee**

### APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PEMBERTON, FIELD, AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on December 21, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.